# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 2:09-CV-923-MEF-TFM |
| vs. | ) ) ) | (WO—Do Not Publish) |
| READY MIX USA, LLC, doing business as COUCH READY MIX USA, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Consistent with the Consent Decree issued yesterday, judgment is ENTERED binding the parties to the terms of the agreement. The Clerk of the Court is DIRECTED to close this action for statistical purposes. The Court will retain jurisdiction to enforce the terms of their agreement, and the parties may request to have the case reinstated if and when the Court's intervention is required.

DONE this the 3rd day of February, 2012.

                                                                     /s/ Mark E. Fuller
                                                    UNITED STATES DISTRICT JUDGE